IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA
For the Use and Benefit of LUCIA, INC.                               PLAINTIFF

V.                           4:07CV01187JMM

CADDELL CONSTRUCTION CO., INC.,
ST. PAUL FIRE & MARINE INSURANCE
and FIDELITY & DEPOSIT COMPANY
OF MARYLAND                                                          DEFENDANTS

## ORDER

After consideration of the motion to admit counsel Douglas A. Samuelson, pro hac vice, and it appearing to the Court that this attorney meets the admission requirements to appear in this Court and for good cause shown;

IT IS HEREBY ORDERED that said motion should be, and hereby is, GRANTED.

SIGNED this 7th day of January 2008.

_____
UNITED STATES DISTRICT JUDGE