UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS
APR 23 2008
JAMES W. McCORMACK, CLERK
By: _____ DEP CLERK

THE UNITED STATES OF AMERICA
For the Use and Benefit of LUCIA, INC.                                        PLAINTIFF

vs.                                    CASE NO.: 4:07-CV-01187 JMM

CADDELL CONSTRUCTION CO., INC.,
ST. PAUL FIRE & MARINE INSURANCE
and FIDELITY & DEPOSIT COMPANY
OF MARYLAND                                                                   DEFENDANTS

## ORDER EXTENDING TIME

On this day this Order is submitted by counsel for the Plaintiff and counsel for the Defendants agreeing to extend the time for the Defendants to file a pleading with respect to the Complaint, including a Motion To Compel Arbitration.

IT IS THEREFORE CONSIDERED AND ORDERED that the Defendants have to and including May 27, 2008, within which to file any pleading or pleadings with respect to the Complaint, including a Motion To Compel Arbitration.

_____
UNITED STATES DISTRICT JUDGE

April 23, 2008
_____
DATE

APPROVED AND AGREED:

By: _____
Patrick L. Spivey
David M. Fuqua
of Hope, Fuqua & Campbell, P.A.
Counsel for the Plaintiff

By: _____
Cyril Hollingsworth
of Dover Dixon Horne PLLC
Counsel for the Defendants