**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**WESTERN DIVISION**

**THE UNITED STATES OF AMERICA**
**For the Use and Benefit of LUCIA, INC.**                                    **PLAINTIFF**

**vs.**                          **CASE NO.: 4:07-CV-01187 JMM**

**CADDELL CONSTRUCTION CO., INC.,**
**ST. PAUL FIRE & MARINE INSURANCE**
**and FIDELITY & DEPOSIT COMPANY**
**OF MARYLAND**                                                **DEFENDANTS**

### ORDER STAYING LITIGATION

On this day this Order is submitted by counsel for the Plaintiff and counsel for the

Defendants agreeing that (1) the Plaintiff and the Defendants have agreed to resolve

their disputes through binding arbitration, and (2) that this action should be stayed while

the Plaintiff and Defendants proceed with arbitration.

IT IS THEREFORE CONSIDERED AND ORDERED that this action is hereby

stayed so that the Plaintiff and the Defendants may proceed with binding arbitration to

resolve their disputes.

IT IS SO ORDERED this 9th day of June 2008.

_____
UNITED STATES DISTRICT JUDGE

APPROVED AND AGREED:

By: /s/ David M. Fuqua
    Patrick L. Spivey
    David M. Fuqua
    of Hope, Fuqua & Campbell, P.A.
    Counsel for the Plaintiff

By: /s/ Cyril Hollingsworth
    Cyril Hollingsworth
    of Dover Dixon Horne PLLC
    Counsel for the Defendants