IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA
For the Use and Benefit of LUCIA, INC.                              PLAINTIFF

V.                          4:07CV01187 JMM

CADDELL CONSTRUCTION CO., INC.,
ST. PAUL FIRE & MARINE INSURANCE
and FIDELITY & DEPOSIT COMPANY
OF MARYLAND                                                          DEFENDANTS

## ORDER

The parties are directed to file a Status Report with the Court on or before September 22, 2008 informing the Court of the status of the arbitration proceedings between the parties.

IT IS SO ORDERED this 15th day of September 2008.

_____
James M. Moody
United States District Judge