IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

THE UNITED STATES OF AMERICA
For the Use and Benefit of LUCIA, INC.                    PLAINTIFF

V.                          4:07CV0001187 JMM

CADDELL CONSTRUCTION CO., INC.,
ST. PAUL FIRE & MARINE INSURANCE
and FIDELITY & DEPOSIT COMPANY
OF MARYLAND                                               DEFENDANTS

### ORDER OF DISMISSAL

The Court has been notified by the parties that this action has been settled.

IT IS THEREFORE ORDERED that this action is dismissed with prejudice pursuant to Rule 41(a)(1)(A)(ii). The Court retains complete jurisdiction until May 13, 20010, to rule on subsequent motions and to vacate this order to enforce the settlement agreement if the parties do not perform as required under the agreement and further litigation is necessary.

Dated this 13th day of April, 2010.

_____
UNITED STATES DISTRICT JUDGE