IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

LUCIA INC., United States of
America, for the use and benefit of                             PLAINTIFF

V.                          4:07CV001187 JMM

CADDELL CONSTRUCTION COMPANY, INC.,
Et al.                                                          DEFENDANTS

## AMENDED ORDER OF DISMISSAL

Pursuant to the Stipulation of Dismissal filed by the parties, the case is dismissed with prejudice.[1]

Dated this 13th day of April 2010.

_____
UNITED STATES DISTRICT JUDGE

---

[1] The previous Order at docket # 30 was entered in error and should be stricken.